Decided September 5, 2002

GEORGE A. THOMPSON, TRUSTEE *v.* DAVID ORCUTT ET AL.

The petition for certification by the defendants, David Orcutt and Sandra Orcutt, for appeal from the Appellate Court, 70 Conn. App. 427 (AC 19769), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Bruce S. Beck*, in support of the petition.

Decided September 5, 2002